EDMOND WOODHOUSE, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. NEW JERSEY STATE HIGHWAY DEPARTMENT, DEFENDANT-RESPONDENT.

*Messrs. Schreiber & Lancaster* and *Mr. Gerald W. Conway* for the petitioners.

*Mr. Arthur J. Sills, Mr. William J. Brennan, III,* and *Mr. Arthur Abba Goldberg* for the respondent.

January 29, 1968. Denied.

STEWART M. HUTT, PLAINTIFF-PETITIONER, v. NORMAN ROBBINS, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below: 98 *N. J. Super.* 99.

*Messrs. Hutt & Berkow* and *Mr. Sam Weiss* for the petitioner.

*Mr. Norman Robbins* and *Mr. Isadore Rosenblum* for the respondents.

January 29, 1968. Denied.

LOUIS KAPLAN, PLAINTIFF-PETITIONER, v. WILLIAM GREEN, *ET ALS.*, DEFENDANTS, AND IRVING A. FELD-MAN, DEFENDANT-RESPONDENT.

*Messrs. Magner, Abraham, Orlando & Kahn* and *Mr. John Pisansky* for the petitioner.

*Messrs. Davidson & Buttermore* for the respondent.

January 29, 1968. Granted.